**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-02556-LTB-CBS

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

       Plaintiff,

v.

RUTH CARVER, and
LAWRENCE P. ROTSAERT, JR., and
HOLLY K. ROTSAERT, Parents of Deceased Minor BRENDAN L. ROTSAERT,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 14 - filed September 6, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   September 9, 2013